**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT** _Knoxville_

_____ )
_____ )
_____ )
_____ )
Richawnda Moore )
Name of plaintiff (s) )
                       )
v.                     )      Case No. 3:24-cv-147
                       )           (to be assigned by Clerk)
Aramark                )
_____ )      Crytzer/McCook
EEOC                   )
_____ )
                       )
_____ )
Name of defendant (s)  )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Civil Rights Act of 1964 & Title VII & discrimination

_____

_____

2. Plaintiff, Richawnda Moore _____ resides at
2305 Parkview Ave , Knoxville
street address                              city

Knox , Tenn , 37917 , 865 454·0121 .
county        state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, __Aramark__ lives at, or its business is located at

__2400 market St Ste 88;55__ , __Philadephia__ ,
street address                                       city

_____ , __PA__ , __19103__ .
county                            state            zip code

(if more than one defendant, provide the same information for each defendant below)
__Equal Employment Opportunity Commission (EEOC)__
__220 Athens Way. # 350__
__Nashville, TN 37228__

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

In 22 I was wrongful terminated on my Job. Also had my wages withheld & discriminated against after that on 8/22/22 I failed a complaint with EEOC and they let it sit there then told me on the day of intake review that it was out of district and that I needed to file in Tenn. office and so I did but they failed to handle to case properly and let it sit until time ran out omitting evidence that was presented and refused to reconsider the case after I questioned why an amendment wasn't made to my ADA & Retialation case and so since the report of my filed charge. my Job began retialiating against me which has cause me a very bad emotional 2 disorder / Anxety / depression. an alot of Stress.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Find out why no investagation took place and why I was treated the way I have.

b. The raise I waited 7 months for with no back pay my vacation & pto days that were removed & my emotional damages plus I

c. have also been violated & demoted from a lead position due to my disablelly which is wRong also.

d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this March 29 day of 29 march , 20 24 .

_____

Richewnda Moore

Signature of plaintiff (s)

3